

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-86,125-01 & WR-86,125-02

### EX PARTE HUBERT IRVINE, JR, Applicant

### ON APPLICATION FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 22706-A & 22704-A
### IN THE 356TH DISTRICT COURT FROM HARDIN COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful possession of a firearm and deadly conduct and was sentenced to five years' imprisonment for each cause.

On January 11, 2017, this Court remanded this application to the trial court for findings of fact and conclusions of law. On March 3, 2017, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended

that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: March 29, 2017
Do not publish